UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE ANN HANSON,

           Plaintiff,

  v.

SNOHOMISH COUNTY, et al.,

           Defendants.

C16-930 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion for leave to amend, docket no. 28, is GRANTED. Plaintiff shall file the First Amended Complaint, docket no. 28-1, via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order. Using the CM/ECF system, plaintiff shall add any new parties and terminate any parties no longer named in the First Amended Complaint as applicable.

(2) Any answer is due within fourteen (14) days after the First Amended Complaint is filed. Fed. R. Civ. P. 15(a)(3).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of February, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1