UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE ANN HANSON,

        Plaintiff,

  v.

SNOHOMISH COUNTY,

        Defendants.

C16-930 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Snohomish County's Motion for Protective Order, docket no. 22, is GRANTED in part, and Snohomish County shall only be required to provide a 30(b)(6) designee to testify as to topics 8, 9 and 10 for the four (4) deaths of a similar kind (suicide) for the period November 2013 to the present.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of March, 2017.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1