HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE ANN HANSON, individually and as Personal Representative of the ESTATE OF MARILYN MOWAN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, a municipal corporation, TY TRENARY, KAITLIN GEARY, JEFFREY LANGSAM, and JULIE ROUNTREE and I-CHEN LIU,<br><br>Defendants. | NO. 2:16-cv-00930-TSZ<br><br>STIPULATION AND AGREED ORDER EXTENDING THE DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY |

**STIPULATION**

COME NOW the parties, by and through their respective counsel of record and hereby stipulate and request that the Court enter an order extending the deadline for disclosure of expert testimony from April 12, 2017 to May 24, 2017 considering the following:

1. The deadline for disclosure of expert testimony April 12, 2017 pursuant to the Court's Minute Order Setting Trial Date dated August 8, 2016. (Dkt. # 12).

STIPULATION AND AGREED ORDER EXTENDING
THE DEADLINE FOR DISCLOSURE OF EXPERT
TESTIMONY- 1
CASE NO.: 2:16-cv-00930-TSZ

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Ste. 500
Seattle, WA 98101
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

1  2.  The parties have conducted extensive discovery and have taken numerous depositions of lay witnesses and Rule 30(b)(6) witnesses.

3.  On September 8, 2016 Plaintiff propounded discovery on Snohomish County. One of the areas of inquiry were the other in custody deaths at the Snohomish County Jail that preceded and followed the death of Marilyn Mowan on September 23, 2014. There have been 22 in custody deaths at the Snohomish County Jail since 2005.

4.  To date, Snohomish County has not fully answered that discovery and has not produced responsive information on at least five of the in custody deaths.

5.  The parties engaged in a discovery conference on this issue on February 22, 2017. During that discovery conference Snohomish County indicated that they were continuing to investigate if they had responsive documents to Plaintiff's requests.

6.  The overdue discovery that Plaintiff seeks is essential material to be reviewed by Plaintiff's expert witnesses. The overdue discovery is vital for the experts to arrive at their conclusions.

7.  The parties met and conferred and believe that good cause exists for the Court to grant the parties' stipulated request for extending the deadline for disclosure of expert testimony from April 12, 2017 to May 24, 2017.

8.  The parties further seek to clarify that by operation of FRCP 26(a)(2)(D)(ii), the deadline for expert _rebuttal_ testimony will be 30 days after the deadline for disclosure of expert testimony. Should the Court grant the parties stipulation, the new deadline for expert _rebuttal_ testimony will now be June 23, 2017.

STIPULATION AND AGREED ORDER EXTENDING
THE DEADLINE FOR DISCLOSURE OF EXPERT
TESTIMONY- 2
CASE NO.: 2:16-cv-00930-TSZ

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Ste. 500
Seattle, WA 98101
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

1    9.    The parties do not anticipate that the new deadline for disclosure of expert testimony will necessitate additional extensions of the deadlines set forth in the Court's order.

| LAW OFFICES OF JAMES S. ROGERS | MARK K. ROE<br>Snohomish County Prosecuting Attorney |
|---|---|
| By: s/ Cheryl L. Snow<br>Cheryl L. Snow, WSBA #26757<br>Justin R. Boland, WSBA # 35381<br>Attorneys for Plaintiff<br>1500 Fourth Avenue, Suite 500<br>Seattle, WA 98101<br>Phone: 206-621-8525<br>Facsimile: 206-223-8224<br>Email: csnow@jsrogerslaw.com<br>Email: justin@jsrogerslaw.com | By: s/ Katherine Bosch<br>Michael C. Held, WSBA # 6357<br>Katherine Bosch, WSBA # 43122<br>Joseph B. Genster, WSBA # 14968<br>Deputy Prosecuting Attorneys<br>Snohomish Prosecuting Attorneys Office<br>3000 Rockefeller Ave., M/S 504<br>Everett, WA 98201<br>Telephone: 425-388-6330<br>Facsimile: 425-388-6333<br>Email: Michael.held@snoco.org<br>Email: Katherine.bosch@snoco.org<br>Email: Joseph.Genster@snoco.org |
| Dated: March 7, 2017 | Dated: March 7, 2017 |

## **ORDER**

This matter having come before the Court on the Stipulation of the parties, the Court having considered the foregoing stipulation and for good cause shown, IT IS HEREBY ORDERED that the deadline for disclosure of expert testimony is extended from April 12, 2017, to May 24, 2017. IT IS HEREBY FURTHER ORDERED that the new deadline for expert rebuttal testimony pursuant to FRCP 26(a)(2)(D)(ii) will now be June 23, 2017.

Dated this 8th of March, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

STIPULATION AND AGREED ORDER EXTENDING
THE DEADLINE FOR DISCLOSURE OF EXPERT
TESTIMONY- 3
CASE NO.: 2:16-cv-00930-TSZ

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Ste. 500
Seattle, WA 98101
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

1 | *Presented by:*

2 | LAW OFFICES OF JAMES S. ROGERS        MARK K. ROE
　　　　　　　　　　　　　　　　　　　　Snohomish County Prosecuting Attorney

3 |

4 | By: s/ Cheryl L. Snow                           By: s/ Katherine Bosch
　　Cheryl L. Snow, WSBA #26757            Michael C. Held, WSBA # 6357
5 | Justin R. Boland, WSBA # 35381           Katherine Bosch, WSBA # 43122
　　Attorneys for Plaintiff                          Joseph B. Genster, WSBA # 14968
6 | 1500 Fourth Avenue, Suite 500            Deputy Prosecuting Attorneys
　　Seattle, WA 98101                              Snohomish Prosecuting Attorneys Office
7 | Phone: 206-621-8525                          3000 Rockefeller Ave., M/S 504
　　Facsimile: 206-223-8224                    Everett, WA 98201
8 | Email: csnow@jsrogerslaw.com        Telephone: 425-388-6330
　　Email: justin@jsrogerslaw.com         Facsimile: 425-388-6333
9 | 　　　　　　　　　　　　　　　　　　　　Email: Michael.held@snoco.org
　　　　　　　　　　　　　　　　　　　　Email: Katherine.bosch@snoco.org
10 | 　　　　　　　　　　　　　　　　　　　Email: Joseph.Genster@snoco.org

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATION AND AGREED ORDER EXTENDING　　**LAW OFFICES OF JAMES S. ROGERS**
THE DEADLINE FOR DISCLOSURE OF EXPERT　　　1500 Fourth Avenue, Ste. 500
TESTIMONY- 4　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
CASE NO.: 2:16-cv-00930-TSZ　　　　　　　　　　(206) 621-8525 *Phone*
　　　　　　　　　　　　　　　　　　　　　　　　　　　(206) 223-8224 *Fax*