UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE ANN HANSON,

        Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

        Defendants.

C16-930 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for leave to amend, docket no. 42, is GRANTED. Plaintiff shall electronically file the Amended Complaint, docket no. 42-1, via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order.

(2) Any answer is due within fourteen (14) days after the Amended Complaint is filed. Fed. R. Civ. P. 15(a)(3).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2017.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1