# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JULIE ANN HANSON,

        Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

        Defendants.

C16-930 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 52, the following dates and deadlines are continued as indicated:

| Disclosure of expert testimony | June 16, 2017 |
| --- | --- |
| Disclosure of Rebuttal Expert Testimony | July 14, 2017 |
| Discovery completion deadline | August 14, 2017 |

All other dates and deadlines not inconsistent herewith, shall remain in full force and effect.

(2) The Court declines to extend the deadlines for filing dispositive motions and motions in limine without prejudice to any further request for extension. The parties request that these deadlines be extended, but seek to leave the current November 6, 2017,

MINUTE ORDER - 1

trial date undisturbed.  However, dispositive motions filed on the parties' proposed deadline of September 14, 2017, would not note until Friday, October 6, 2017, potentially leaving the Court with inadequate time to resolve any dispositive motions before the parties' October 14, 2017, proposed deadline for filing motions in limine.  Similarly, motions in limine filed on the proposed October 14, 2017, deadline would not note until November 3, 2017, meaning that the Court would not receive responses to any such motions until October 30, 2017—after the pretrial conference scheduled on October 27, 2017, and just one week before trial.  Any workable extension of the dispositive motion and motions in limine deadlines will require a commensurate extension of the trial date, pretrial conference, and deadlines for filing the agreed pretrial order, trial briefs, proposed voir dire, and jury instructions.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
