# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JULIE ANN HANSON,

    Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

    Defendants.

C16-930 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to dismiss the individual Fourteenth Amendment claims of plaintiff Julie Ann Hanson and her unnamed brothers, docket no. 45, is GRANTED in part and STRICKEN as moot in part. As to plaintiff Julie Ann Hanson's Fourteenth Amendment claim in her individual capacity, defendant's motion is unopposed and is GRANTED. As to the Fourteenth Amendment claims of plaintiff's unnamed brothers, defendants' motion is STRICKEN as moot because plaintiff's Second Amended Complaint does not allege any claims on their behalf.

(2) The claims of plaintiff Julie Ann Hanson in her capacity as personal representative of the Estate of Marilyn Mowan, including the Estate of Marilyn Mowan's Fourteenth Amendment claim, remain.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2017.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1