HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE ANN HANSON, individually and as Personal Representative of the ESTATE OF MARILYN MOWAN, deceased,<br><br>     Plaintiff,<br><br>  v.<br><br>SNOHOMISH COUNTY, a municipal corporation, TY TRENARY, KAITLIN GEARY, JEFFREY LANGSAM, JULIE ROUNTREE, and I-CHEN LIU,<br><br>     Defendants. | NO.  2:16-cv-00930-TSZ<br><br>STIPULATION AND ORDER DISMISSING PLAINTIFF'S STATE WRONGFUL DEATH AND SPECIAL SURVIVAL CLAIMS |

## STIPULATION

COME NOW the parties, by and through their respective counsel of record and hereby stipulate and agree that the Court enter an order dismissing plaintiff's claims for Wrongful Death arising under RCW 4.20.010 and RCW 4.20.020 and Special Survival Claims under RCW 4.20.060.

STIPULATION AND ORDER DISMISSING
PLAINTIFF'S STATE WRONGFUL DEATH
AND SPECIAL SURVIVAL CLAIMS - 1
CASE NO.:  2:16-cv-00930-TSZ

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Ste. 500
Seattle, WA 98101
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

1    By virtue of this stipulation and agreement, Defendants will withdraw their pending

2    Motion for Summary Judgment to Dismiss Plaintiff's State Wrongful Death and Special Survival

3    Claims (Dkt. # 58).

4    LAW OFFICES OF JAMES S. ROGERS          MARK K. ROE
                                              Snohomish County Prosecuting Attorney
5

6    By: /s Cheryl L. Snow_____           By: /s Katherine Bosch_____
     Cheryl L. Snow, WSBA #26757              Joseph B. Genster, WSBA # 14968
7    Justin R. Boland, WSBA # 35381           Katherine Bosch, WSBA # 43122
     Attorneys for Plaintiff                  Deputy Prosecuting Attorneys
8    1500 Fourth Avenue, Suite 500            Snohomish Prosecuting Attorneys Office
     Seattle, WA 98101                        3000 Rockefeller Ave., M/S 504
9    Phone: 206-621-8525                      Everett, WA 98201
     Facsimile: 206-223-8224                  Telephone: 425-388-6330
10   Email: csnow@jsrogerslaw.com             Facsimile: 425-388-6333
     Email: justin@jsrogerslaw.com            Email: Joseph.Genster@snoco.org
11                                            Email: Katherine.bosch@snoco.org

12
     Dated: July 21, 2017                     Dated: July 21, 2017
13
                                 **ORDER**
14
             This matter having come before the Court on the stipulation of the parties, it is hereby
15
     ORDERED, ADJUDGED and DECREED that plaintiff's claims for Wrongful Death arising
16
     under RCW 4.20.010 and RCW 4.20.020 and Special Survival Claims under RCW 4.20.060 are
17
     hereby DISMISSED with prejudice and without costs to either party.  In light of the parties'
18
     stipulation, defendants' motion for summary judgment, docket no. 58, is STRICKEN as moot.
19
             Dated this 25th of July, 2017.
20

21

22                                            Thomas S. Zilly
                                              United States District Judge

1    *Presented by:*

2    LAW OFFICES OF JAMES S. ROGERS        MARK K. ROE
                                          Snohomish County Prosecuting Attorney

3

4    By: s/ Cheryl L. Snow                 By: s/ Katherine Bosch
     Cheryl L. Snow, WSBA #26757          Joseph B. Genster, WSBA # 14968
5    Justin R. Boland, WSBA # 35381        Katherine Bosch, WSBA # 43122
     Attorneys for Plaintiff              Deputy Prosecuting Attorneys
6    1500 Fourth Avenue, Suite 500        Snohomish Prosecuting Attorneys Office
     Seattle, WA 98101                    3000 Rockefeller Ave., M/S 504
7    Phone: 206-621-8525                  Everett, WA 98201
     Facsimile: 206-223-8224              Telephone: 425-388-6330
8    Email: csnow@jsrogerslaw.com         Facsimile: 425-388-6333
     Email: justin@jsrogerslaw.com        Email: Joseph.Genster@snoco.org
9                                          Email: Katherine.bosch@snoco.org

10

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATION AND ORDER DISMISSING                    **LAW OFFICES OF JAMES S. ROGERS**
PLAINTIFF'S STATE WRONGFUL DEATH                    1500 Fourth Avenue, Ste. 500
AND SPECIAL SURVIVAL CLAIMS - 3                     Seattle, WA 98101
CASE NO.:  2:16-cv-00930-TSZ                        (206) 621-8525 *Phone*
                                                    (206) 223-8224 *Fax*