UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE ANN HANSON,

        Plaintiff,

   v.

SNOHOMISH COUNTY et al.,

        Defendants.

C16-930 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendants' motion for leave to file over-length brief in support of their motion for summary judgment, docket no. 62 is GRANTED. Defendants' brief shall not exceed thirty-four (34) pages. Plaintiff's response shall not exceed thirty-four (34) pages, and any reply thereto shall not exceed seventeen (17) pages.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 28th day of July, 2017.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1