1

2

3

4

5                    UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
6                            AT SEATTLE

7   JULIE ANN HANSON, individually
    and as personal representative of the
8   estate of Marilyn Mowan, deceased,

9                    Plaintiff,

10          v.                                    C16-930-TSZ

11  SNOHOMISH COUNTY, a municipal              MINUTE ORDER
    corporation, TY TRENARY, KAITLIN
12  GEARY, JEFFREY LANGSAM,
    JULIE ROUNTREE, and I-CHEN LIU,
13
                     Defendants.
14

15          The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:

16
            (1)     Defendants' Motion for Summary Judgment, docket no. 64, is DENIED.
17  Plaintiff's right to sue under Section 1983 for a failure to protect claim under the
    Fourteenth Amendment was clearly established in September 2014.  _Castro v. County of_
18  _Los Angeles_, 833 F.3d 1060 (9th Cir. 2016).  There are material issues of facts as to
    whether a reasonable officer in the circumstances would have appreciated the nature and
19  degree of risk involved with plaintiff and would have failed to take reasonable measures
    to protect plaintiff.  The individual defendants, Langsam, Liu, Rountree, and Geary are
20  therefore not entitled to qualified immunity.  For the same reasons, the Court denies the
    motion by defendant Sheriff Trenary and Snohomish County.  There are also material
21  issues of fact as to whether the County is liable in negligence for improper training or
    improper procedures even if the other individual defendants are exonerated.  _See_ _Fairley_
22  _v. Luman_, 281 F.3d 913, 917 (9th Cir. 2002).

23

MINUTE ORDER - 1

1
2          (2)     The parties should be prepared to discuss the possibility of resolving the case by mediation at the Status Conference set for Thursday, October 12, 2017, at 9:00 AM.

3          (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

4          Dated this 18th day of September, 2017.

5

6                                             William M. McCool
                                              Clerk

7                                             s/Karen Dews
                                              Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2