UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE ANN HANSON, individually and as Personal Representative of the ESTATE OF MARILYN MOWAN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, a municipal corporation, TY TRENARY, KAITLIN GEARY, JEFFREY LANGSAM, JULIE ROUNTREE, and I-CHEN LIU,<br><br>Defendants. | Case No. 2:16-cv-00930-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I. **Stipulation**

The parties, by and through their counsel of record, stipulate to the dismissal of this action with prejudice and without an award of costs or attorneys' fees to any party.

DATED this 11th day of October, 2017.

| | |
|---|---|
| MARK K. ROE<br>Snohomish County Prosecuting Attorney<br><br>By: s/ Joseph B. Genster_____<br>JOSEPH B. GENSTER, WSBA #14968<br>MICHAEL C. HELD, WSBA #19696<br>KATHERINE BOSCH, WSBA #43122<br>Deputy Prosecuting Attorneys<br>Attorneys for Defendants | LAW OFFICES OF JAMES S. ROGERS<br><br><br>By: s/ Justin R. Boland_____<br>CHERYL L. SNOW, WSBA #26757<br>JUSTIN R. BOLAND, WSBA #35381<br>Attorney for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL - 1

Cause No. 2:16-cv-00930-TSZ

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

## II. Order of Dismissal

Based upon the foregoing stipulation this action is dismissed with prejudice and without an award of costs or attorney's fees to any party.

Dated this 11th day of October, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

MARK K. ROE
Snohomish County Prosecuting Attorney

By: s/ Joseph B. Genster_____
JOSEPH B. GENSTER, WSBA #14968
MICHAEL C. HELD, WSBA #19696
KATHERINE BOSCH, WSBA #43122
Deputy Prosecuting Attorney
Attorneys for Defendants


LAW OFFICES OF JAMES S. ROGERS


By: s/ Justin R. Boland_____
CHERYL L. SNOW, WSBA #26757
JUSTIN R. BOLAND, WSBA #35381
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2

Cause No. 2:16-cv-00930-TSZ

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333